**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 17-24437 |
| Dorrice Camel, | ) | Hon. Timothy A. Barnes |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

Richard M. Fogel, an attorney, state that on March 9, 2018, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be sent to the recipients listed on the attached Service List, via CM/ECF or proper postage prepaid from 321 N. Clark Street, Chicago, IL 60654, as indicated.

/s/ Richard M. Fogel

Richard M. Fogel (#3127114)
Shaw Fishman Glantz & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60654
312.541.0151

{4273 CER A0501112.DOC}

# Mailing Information for Case 17-24437

- Richard M. Fogel    rfogel@shawfishman.com, il72@ecfcbis.com

- Julie M Gleason    juliegleasonlaw@gmail.com, gleasongleason@iamthewolf.com;gleasonbk@gmail.com;gleasonign@gmail.com;troy@gbankruptcy.com;meg@gbankruptcy.com;r43048@notify.bestcase.com

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

## Manual Notice List (Via U.S. Mail)

Dorrice Camel
9234 S. May St.
Chicago, IL  60620

Discover Bank Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

PYOD, LLC its successors and assigns as
assignee of Citibank, N.A. Resurgent Capital
Services
PO Box 19008
Greenville, SC 29602

Portfolio Recovery Associates, LLC
Successor to SYNCHRONY BANK (CITGO)
POB 41067
Norfolk, VA 23541

Synchrony Bank c/o PRA Receivables
Management, LLC
PO Box 41021
Norfolk, VA 23541