**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CAMEL, DORRICE § Case No. 17-24437
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $195,185.34 | Assets Exempt: | $78,030.34 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,954.36 | Claims Discharged Without Payment: | $28,502.94 |
| Total Expenses of Administration: | $1,045.64 | | |

3) Total gross receipts of $4,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $130,731.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,045.64 | $1,045.64 | $1,045.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $31,558.00 | $14,926.30 | $14,926.30 | $2,954.36 |
| **TOTAL DISBURSEMENTS** | $162,289.00 | $15,971.94 | $15,971.94 | $4,000.00 |

4) This case was originally filed under chapter 7 on 08/15/2017. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/03/2018       By: /s/ Richard M. Fogel
                             Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| AUTOMOBILES AND OTHER VEHICLES | 1129-000 | $4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | One Reverse Mortgage | 4110-000 | $130,000.00 | NA | NA | NA |
| N/F | State Farm Bank | 4110-000 | $731.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$130,731.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 2100-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| Trustee, Expenses - Richard M. Fogel | 2200-000 | NA | $5.64 | $5.64 | $5.64 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $40.00 | $40.00 | $40.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | NA | $1,045.64 | $1,045.64 | $1,045.64 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 7100-000 | $3,349.00 | $3,250.70 | $3,250.70 | $643.41 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | $1,669.00 | $1,669.80 | $1,669.80 | $330.50 |
| 3 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. Resurgent Capital Services | 7100-000 | $5,489.00 | $5,475.46 | $5,475.46 | $1,083.76 |
| 4 | Portfolio Recovery Associates, LLCSuccessor to SYNCHRONY BANK (CITGO) | 7100-000 | $164.00 | $164.25 | $164.25 | $32.51 |
| 5 | Portfolio Recovery Associates, LLCSuccessor to SYNCHRONY BANK (BP) | 7100-000 | $2,035.00 | $2,044.46 | $2,044.46 | $404.66 |
| 6 | Synchrony Bankc/o PRA Receivables Management, LLC | 7100-000 | $2,321.00 | $2,321.63 | $2,321.63 | $459.52 |
| N/F | Bk Of Amer | 7100-000 | $2,356.00 | NA | NA | NA |
| N/F | Chase Card | 7100-000 | $195.00 | NA | NA | NA |
| N/F | Chase Card | 7100-000 | $8,417.00 | NA | NA | NA |
| N/F | Citibank/The Home Depot | 7100-000 | $5,563.00 | NA | NA | NA |
| N/F | Illinois Department of Revenue | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Illinois Dept of Employment Securit | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 7100-000 | $0.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $31,558.00 | $14,926.30 | $14,926.30 | $2,954.36 |

**UST Form 101-7-TDR ( 10 /1/2010)**

Form 1

# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 17-24437  
Case Name: CAMEL, DORRICE  
For Period Ending: 05/03/2018

Trustee Name: (330720) Richard M. Fogel  
Date Filed (f) or Converted (c): 08/15/2017 (f)  
§ 341(a) Meeting Date: 09/19/2017  
Claims Bar Date: 12/26/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY<br>9324 S. May, Chicago, IL  Property value: $137,104.00- NO EQUITY | 137,104.00 | 0.00 | | 0.00 | FA |
| 2 | AUTOMOBILES AND OTHER VEHICLES<br>2011 Lincoln MKS- Estimated property value: $11,000.00- Trustee authorized to sell estate's interest in vehicle to Debtor for $4,000 per o/c 10-18-17 | Unknown | 5,324.00 | | 4,000.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHING<br>Miscellaneous household goods- EXEMPT | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | ELECTRONICS<br>Miscellaneous items- EXEMPT | 300.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL<br>Used clothing- EXEMPT | 100.00 | 0.00 | | 0.00 | FA |
| 6 | FURS AND JEWELRY<br>Miscellaneous costume jewelry- EXEMPT | 100.00 | 0.00 | | 0.00 | FA |
| 7 | CASH ON HAND<br>EXEMPT | 20.00 | 0.00 | | 0.00 | FA |
| 8 | BANK ACCOUNTS<br>Checking account: Chase- EXEMPT | 331.00 | 0.00 | | 0.00 | FA |
| 9 | BANK ACCOUNTS<br>Savings account- insurance proceeds: EXEMPT | 6,100.00 | 0.00 | | 0.00 | FA |
| 10 | PENSION PLANS AND PROFIT SHARING<br>Retirement account- EXEMPT | 50,000.00 | 0.00 | | 0.00 | FA |
| 11 | INTERESTS IN INSURANCE POLICIES<br>Whole life policy- Zurich- EXEMPT | 130.34 | 0.00 | | 0.00 | FA |
| 11 | Assets Totals (Excluding unknown values) | $195,185.34 | $5,324.00 | | $4,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 03/31/2018        **Current Projected Date Of Final Report (TFR):** 03/12/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Case 17-24437    Doc 27    Filed 05/09/18    Entered 05/09/18 14:18:55    Desc Main
Document      Page 8 of 9

**Form 2**

Exhibit 9
Page: 1

# Cash Receipts And Disbursements Record

| Case No.: | 17-24437 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | CAMEL, DORRICE | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6198 | Account #: | ******2600 Checking |
| For Period Ending: | 05/03/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/18/17 | {2} | Dorice Camel | Proceeds of sale for estate's interest in vehicle, per o/c 10-18-17 | 1129-000 | 4,000.00 | | 4,000.00 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,990.00 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,980.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,970.00 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,960.00 |
| 04/12/18 | 101 | Richard M. Fogel | Combined trustee compensation & expense dividend payments. | | | 1,005.64 | 2,954.36 |
| | | | Claims Distribution - Tue, 02-13-2018                $1,000.00 | 2100-000 | | | 2,954.36 |
| | | | Claims Distribution - Tue, 02-13-2018                $5.64 | 2200-000 | | | 2,954.36 |
| 04/12/18 | 102 | Discover Bank Discover Products Inc | Distribution payment - Dividend paid at 19.79% of $3,250.70; Claim # 1; Filed: $3,250.70 | 7100-000 | | 643.41 | 2,310.95 |
| 04/12/18 | 103 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 19.79% of $1,669.80; Claim # 2; Filed: $1,669.80 | 7100-000 | | 330.50 | 1,980.45 |
| 04/12/18 | 104 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | Distribution payment - Dividend paid at 19.79% of $5,475.46; Claim # 3; Filed: $5,475.46 | 7100-000 | | 1,083.76 | 896.69 |
| 04/12/18 | 105 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK (CITGO) | Distribution payment - Dividend paid at 19.79% of $164.25; Claim # 4; Filed: $164.25 | 7100-000 | | 32.51 | 864.18 |
| 04/12/18 | 106 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK (BP) | Distribution payment - Dividend paid at 19.79% of $2,044.46; Claim # 5; Filed: $2,044.46 | 7100-000 | | 404.66 | 459.52 |
| 04/12/18 | 107 | Synchrony Bank c/o PRA Receivables Management, LLC | Distribution payment - Dividend paid at 19.79% of $2,321.63; Claim # 6; Filed: $2,321.63 | 7100-000 | | 459.52 | 0.00 |
| | | **COLUMN TOTALS** | | | 4,000.00 | 4,000.00 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 4,000.00 | 4,000.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$4,000.00** | **$4,000.00** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                                    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 17-24437 | **Trustee Name:** | Richard M. Fogel (330720) |
| **Case Name:** | CAMEL, DORRICE | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***6198 | **Account #:** | ******2600 Checking |
| **For Period Ending:** | 05/03/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2600 Checking | $4,000.00 | $4,000.00 | $0.00 |
| | **$4,000.00** | **$4,000.00** | **$0.00** |